Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem,<br><br>  Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>IN ADMIRALTY<br>No. A-06-      CV (     ) |

**MOTION FOR ORDER AUTHORIZING ISSUANCE OF
WARRANT OF ARREST**

Plaintiff Global Seafoods moves pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims for an order authorizing the Clerk to issue a warrant for the arrest of the defendant vessel, SABRINA C.  This motion is supported by the Complaint in this action.

DATED at Anchorage, Alaska, this 7th day of April, 2006.

  s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066