IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem, | ) ) ) ) ) | |
| Defendant. | ) ) | IN ADMIRALTY No. A-06-       CV (      ) |

**ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST**

      Upon Plaintiff's motion and after review of the record and file herein, and finding that probable cause for arrest exists, it is

      ORDERED that the Clerk may issue the attached warrants for the arrest of the defendant vessel SABRINA C, official number 656519.

      DATED this _____ day of April, 2006.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE