IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, <u>in</u> <u>rem</u>,<br><br>    Defendant. | IN ADMIRALTY<br>No. A-06-  CV ( ) |

**WARRANT FOR ARREST**

TO THE U.S. MARSHAL: GREETING:

 WHEREAS, a complaint has been filed against the defendant SABRINA C, official number 656519, upon admiralty and maritime claims for foreclosure of a preferred ship mortgage lien for the reasons and causes stated in the referenced complaint, and praying for process of warrant for the arrest of the said vessel and its machinery, tackle, apparel, furniture, gear, boats, anchors and equipment, and that all persons interested in the said vessel and its machinery, etc., may be cited to answer the premises and that the said vessel and its machinery, etc., may, for the causes in the complaint, be sold to pay the demands of the Plaintiff,

 YOU ARE HEREBY COMMANDED to arrest the said vessel and its machinery, etc., and to detain the same in your custody until further order of the Court respecting the same and to give due notice to all persons claiming the same or having anything to say why the same should not be sold pursuant to the prayer of the complaint, that they must file their claims with the Clerk of this Court within ten days after the execution of this process or within such additional time as may be allowed by the Court, and must serve their answers within twenty (20) days after the filing of their claim.

 YOU ARE FURTHER COMMANDED to file this process in this Court with your return

promptly after execution thereof.

    DATED this ____ day of April, 2006.

                                                          _____
                                                               CLERK OF COURT


                                          By:_____
                                                                DEPUTY CLERK