Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  IN ADMIRALTY<br>)  No. A-06-　　CV (　　) |

**MOTION FOR ORDER SHORTENING TIME FOR CONSIDERATION
OF PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT
OF ARREST**

　　　Plaintiff moves for an order shortening time for consideration of its Motion for an order authorizing the Clerk to issue a warrant for the arrest of the defendant vessel. This motion is supported by the accompanying Declaration of Mark C. Manning.

　　　DATED at Anchorage, Alaska, this 6th day of April, 2006.

　　　　　　　　　　　　　　　　　　　　　　 s/ Mark C. Manning
　　　　　　　　　　　　　　　　　　　　　　MARK C. MANNING, P.C.
　　　　　　　　　　　　　　　　　　　　　　431 West 7th Avenue, Ste. 204
　　　　　　　　　　　　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　　　　　　　　　　　　Phone: (907) 278-9794
　　　　　　　　　　　　　　　　　　　　　　Fax: (907) 278-1169
　　　　　　　　　　　　　　　　　　　　　　manning@alaska.net
　　　　　　　　　　　　　　　　　　　　　　ABA No. 8110066