Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SABRINA C, official number 656519, )<br>her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, in rem, )<br>)<br>Defendants. )<br>_____ ) | <br><br><br><br><br><br><br><br><br><br><br>IN ADMIRALTY<br>No. A-06-      CV (    ) |

### DECLARATION OF MARK C. MANNING

Mark C. Manning states the following on oath:

1. I am counsel for Plaintiff, and am familiar with the premises of this lawsuit. This declaration is offered in support of Plaintiff's Motion for Order Shortening Time to consider Plaintiff's Motion for an order authorizing the Clerk to issue a warrant for the arrest of the defendant vessel.

2. On information and belief, the defendant vessel has historically been operated in the Alaska fishing industry. It is reportedly moored in Kodiak presently. We are approaching the most active period of the year for Alaskan fishing. Consequently, with the passage of time, the risk increases that the vessel will be out of port when an arrest warrant issues. This risk is exacerbated by the fact that, depending on the marshal's office's other commitments, there could be substantial delay in execution of the warrant. In addition, since we are approaching the time of the year when the vessel is most useful, it is to be hoped that prompt arrest and sale would produce the best price

for the vessel.

3.  It my experience that it is this Court's practice to routinely address a motion for issuance of an arrest warrant on shortened time.

4.  Local Rule 7.2 (c) is addressed as follows:

(i) Shortened time is needed to minimize the risks that the vessel will depart from Kodiak and that its equipment may be sold off it before it is arrested.

(ii) Global has endeavored to resolve its claim on the debts by litigation against the vessel's owner *in personam*. The owner has not responded to the litigation, nor has he tendered payment in response to correspondence.

(iii) As to the position of opposing counsel, there is none. The owner is not known to dispute the alleged debts.

(iv) There are no specific dates of significance to the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 6, 2006.

MARK C. MANNING