Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, <u>in rem</u>,<br><br>        Defendant. | <br><br><br><br><br><br><br><br><br><br><br>IN ADMIRALTY<br>No. A-06-     CV (     ) |

**MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN**

     Plaintiff Global Seafoods moves for an order appointing Dennis McCusker as substitute custodian of defendant vessel SABRINA C during the pendency of these proceedings. Plaintiff also moves that the custodian be authorized to shift the vessel to more appropriate moorings within the port, if it is arrested at a location that is not an appropriate mooring location.  This motion is supported by the accompanying Declaration by proposed custodian McCusker, and by the accompanying memorandum.

     DATED this 6th day of April, 2006, at Anchorage, Alaska.

                                               s/ Mark C. Manning
                                              MARK C. MANNING, P.C.
                                              431 West 7th Avenue, Ste. 204
                                              Anchorage, AK 99501
                                              Phone: (907) 278-9794
                                              Fax: (907) 278-1169
                                              manning@alaska.net
                                              ABA No. 8110066