**SUBSTITUTE CUSTODIAN**

**DECLARATION OF PROPOSED**

**DENNIS McCUSKER**
28 U.S.C. §1746

Dennis McCusker states the following under penalty of perjury:

1. I am an adult, am competent to give testimony, and have personal knowledge of the facts set forth herein.

2. I have agreed to serve as substitute custodian for the SABRINA C in Kodiak harbor. I am a professional marine electrician, and have worked in the marine industry for over 30 years. During this time, which includes ten years of fishing on and running boats, I have handled all aspects of boat maintenance. I have been caretaking fishing boats in Kodiak for the past 24 years. I have also previously served as a substitute custodian for the U.S. Marshal. I have been the owner/operator of Kodiak DC Electric from 1988 through the present date. My business provides complete marine wiring and starter/alternator rebuilding. I have a good working relationship with the Kodiak harbormaster and staff.

3. I have no personal interest in the intended suit Global Seafoods North America v. SABRINA C, Case No. A-06-_____ CV (___).

4. As custodian, I agree to perform the following services for my monthly charge of $600.00:

   a). keep the vessel under reasonable surveillance;
   b). inspect the vessel and its mooring lines regularly, taking into account tidal conditions and the weather;
   c). inspect and pump the bilges and engines regularly;
   d). pump the vessel as needed;
   e). turn the engines and generators over as needed;
   f). take reasonable steps to prevent unauthorized persons from boarding the vessels; and
   h). provide other routine services required for the safekeeping of the vessels.

Other work, if any is needed, will be performed at the hourly rate of $80.00.

5. I am informed that my services to the vessel will be covered either by port risk insurance obtained by Global Seafoods, which will provide liability coverage of at least $1,000,000.00, or by Appointed Custodian Port Risk Legal Liability insurance, obtained by Global Seafoods through the marshal's office.

6. I am familiar with the rules pertaining to the Substitute Custodianship of vessels in litigation. I will have each and every person who boards the vessel during custodianship execute a Hold Harmless/Indemnity Agreement designed to protect the Marshal in the event of injury. I agree to indemnify and hold the marshal harmless from liability arising during the period of my custody.

7. I agree to accept substitute custodianship of the defendant vessel, its engines,

etc., in accordance with an order appointing me as substitute custodian.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2006.

*Dennis McCusker*
DENNIS MCCUSKER

03-29-2006 16:42   DENNIS MCCUSKER 9074865323   PAGE5