Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

GLOBAL SEAFOODS                        )
NORTH AMERICA, LLC,                    )
                                       )
              Plaintiff,               )
                                       )
      v.                               )
                                       )
SABRINA C, official number 656519,     )
her equipment, gear, furniture,        )
apparel, fixtures, tackle, boats, machinery )
anchors and all appurtenances, in rem, )
                                       )
              Defendant.               )        IN ADMIRALTY
_____ )        No. A-06-      CV (      )

**MEMORANDUM SUPPORTING MOTION FOR ORDER APPOINTING
SUBSTITUTE CUSTODIAN AND AUTHORIZING CUSTODIAN TO SHIFT VESSEL**

The SABRINA C  is a commercial fishing vessel that, on information and belief, is home ported in Kodiak, and is presently moored in its assigned slip.  When it is arrested, it may be at that or another location within the port other than its slip.  Accordingly, the custodian should be authorized to have the vessel shifted back to its slip or to another appropriate mooring location, if it is not at an appropriate location when it is arrested..

Plaintiff will arrange prior to arrest for custodial liability insurance on the substitute custodian. Further, in consideration of the U.S. Marshal's consent to the appointment of Dennis McCusker as substitute custodian,  Plaintiff agrees to release the United States and the U.S. Marshal from any and all liability and responsibility arising out of the care and custody of the defendant vessel from the time the Marshal transfers possession of them to the substitute custodian, and Plaintiff further agrees to hold harmless and indemnify the United States and the U.S. Marshal from any and all claims whatsoever arising out of the substitute custodian's keeping of the vessel.

DATED this 6th day of April, 2006, at Anchorage, Alaska.

                    s/    Mark C.  Manning    
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

*Global Seafoods v.  SABRINA C*

2