IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

GLOBAL SEAFOODS                          )
NORTH AMERICA, LLC,                       )
                                          )
                Plaintiff,                )
                                          )
        v.                                )
                                          )
SABRINA C, official number 656519,        )
her equipment, gear, furniture,           )
apparel, fixtures, tackle, boats, machinery  )
anchors and all appurtenances, in rem,    )
                                          )
                Defendants.               )    IN ADMIRALTY
_____       )    No. A-06-      CV (      )

**ORDER SHORTENING TIME FOR CONSIDERATION OF
PLAINTIFF'S MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN**

Upon review of Plaintiff's Motion for Order Shortening Time for Consideration of Plaintiffs' Motion for Appointment of Substitute Custodian, and good cause appearing, it is hereby

ORDERED that Plaintiffs' Motion for Appointment of Substitute Custodian shall be considered on shortened time.

DATED this _____ day of April, 2006.


_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE