**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u> GLOBAL SEAFOODS NORTH AMERICA LLC </u>  v.  <u> SABRINA C </u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                           CASE NO. <u> 3:05-cv-00076-TMB </u>

<u> Patty Demeter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: April 7, 2006

=====

The above-referenced case is referred to Magistrate Judge <u>Roberts</u> for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | | |
|---|---|---|
| __ | (1) | Administrative Inspection warrants; |
| __ | (2) | Matters relating to nonpayment of seaman's wages; |
| __ | (3) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| __ | (4) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| __ | (5) | Preferred ship mortgage foreclosures; |
| _X_ | (6) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |
| __ | (7) | Matters relating to the enforcement of administrative subpoenas. |

Revised 4/7/06