Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, <u>in rem</u>,<br><br>Defendants. | IN ADMIRALTY<br>No. A-06- 00076  CV  (TMB) |

**PRAECIPE TO CLERK**

Upon the Court's order authorizing the issuance of a warrant of arrest of the defendant vessel and order appointing a substitute custodian, please deliver (1) the arrest warrant and (2) two certified copies of the custodial order to the U.S. Marshal for service.

DATED at Anchorage, Alaska, this 11h day of April, 2006.

    s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066