IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SABRINA C, official number 656519, )<br>her equipment, gear, furniture, )<br>apparel, fixtures, tackle, boats, machinery )<br>anchors and all appurtenances, in rem, )<br>)<br>Defendants. ) | IN ADMIRALTY<br>No. **3-06-cv-00076-TMB-JDR** |

**ORDER SHORTENING TIME FOR CONSIDERATION OF PLAINTIFF'S
MOTION FOR ORDER AUTHORIZING ISSUANCE OF
WARRANT FOR ARREST**
**(Docket No. 4)**

Upon review of Plaintiff's Motion for Order Shortening Time for Consideration of Plaintiff's Motion for Order Authorizing Issuance of Warrant for Arrest of the defendant vessel, it is hereby

ORDERED that Plaintiff's Motion is GRANTED.

DATED this 7th day of April, 2006, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge