IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,                Plaintiff,        v.        SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem,                Defendants. | IN ADMIRALTY No. **3-06-cv-00076-TMB-JDR** |

**ORDER SHORTENING TIME FOR CONSIDERATION OF
PLAINTIFF'S MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN
(Docket No. 6)**

Upon review of Plaintiff's Motion for Order Shortening Time for Consideration of Plaintiff's Motion for Appointment of Substitute Custodian, and good cause appearing it is hereby

ORDERED that Plaintiff's Motion for Appointment of Substitute Custodian shall be considered on shortened time.

DATED this 7th day of April, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge