IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, <u>in</u> <u>rem</u>,<br><br>           Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>IN ADMIRALTY<br>No. 3-06-cv-00076-TMB-JDR |

**ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST**

**(Docket No. 3)**

      Upon Plaintiff's motion and after review of the record and file herein, and finding that probable cause for arrest exists, it is

      ORDERED that the Clerk may issue the attached warrants for the arrest of the defendant vessel SABRINA C, official number 656519.

      DATED this 7th day of April, 2006, at Anchorage, Alaska.

                                                /s/ John D. Roberts
                                                JOHN D. ROBERTS
                                                United States Magistrate Judge