Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, <u>in rem</u>,<br><br>         Defendants. | IN ADMIRALTY<br>No. A-06- 00076  CV  (TMB) |

### MOTION FOR ORDER APPOINTING TONY JONES TO REPLACE DENNIS MCCUSKER AS SUBSTITUTE CUSTODIAN

Plaintiff Global Seafoods moves for an order appointing Tony Jones to replace Dennis McCusker as substitute custodian of defendant vessel SABRINA C during the pendency of these proceedings. The vessel has not yet been arrested. This motion is supported by the accompanying Declaration by proposed custodian McCusker, and by the accompanying memorandum.

DATED this 19th day of April, 2006, at Anchorage, Alaska.

 s/   Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066