## DECLARATION OF PROPOSED SUBSTITUTE CUSTODIAN
## TONY JONES
### 28 U.S.C. §1746

Tony Jones states the following under penalty of perjury:

1. I am an adult, am competent to give testimony, and have personal knowledge of the facts set forth herein.

2. I have agreed to serve as substitute custodian for the SABRINA C in Kodiak harbor. I reside in Kodiak, and have worked on commercial vessels for over 30 years in various capacities. I am personally acquainted with the SABRINA C, though I have not worked aboard the vessel, and am certain that I am sufficiently experienced and qualified to safely attend that vessel.

3. I have no personal interest in the suit Global Seafoods North America v. SABRINA C, Case No. A-06-00076 CV (TMB).

4. As custodian, I agree to perform the following services for my monthly charge of $600.00:

   a). keep the vessel under reasonable surveillance;
   b). inspect the vessel and its mooring lines regularly, taking into account tidal conditions and the weather;
   c). inspect and pump the bilges and engines regularly;
   d). pump the vessel as needed;
   e). turn the engines and generators over as needed;
   f). take reasonable steps to prevent unauthorized persons from boarding the vessels; and
   h). provide other routine services required for the safekeeping of the vessels.

Other work, if any is needed, will be performed at the hourly rate of $85.00

5. I am informed that my services to the vessel will be covered by Appointed Custodian Port Risk Legal Liability insurance in the amount of $1,000,000.00, obtained by Global Seafoods through the marshal's office.

6. I am familiar with the rules pertaining to the Substitute Custodianship of vessels in litigation. I will have each and every person who boards the vessel during custodianship execute a Hold Harmless/Indemnity Agreement designed to protect the Marshal in the event of injury. I agree to indemnify and hold the marshal harmless from liability arising from any claim that arises during the period of my custody.

7. I agree to accept substitute custodianship of the vessel, its engines, etc., in accordance with an order appointing me as substitute custodian.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2006.

                                                          _____
                                                          TONY JONES