Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS<br>NORTH AMERICA, LLC, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | |
| SABRINA C, official number 656519,<br>her equipment, gear, furniture,<br>apparel, fixtures, tackle, boats, machinery<br>anchors and all appurtenances, in rem, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | IN ADMIRALTY |
| | ) | No. A-06- 00076 CV  (TMB) |

**MOTION FOR ORDER SHORTENING TIME FOR CONSIDERATION
OF PLAINTIFFS MOTION FOR ORDER APPOINTING TONY JONES TO REPLACE
DENNIS MCCUSKER AS SUBSTITUTE CUSTODIAN**

Plaintiff moves for an order shortening time for consideration of its MOTION FOR ORDER

APPOINTING  TONY  JONES  TO  REPLACE  DENNIS  MCCUSKER  AS  SUBSTITUTE

CUSTODIAN.  This motion is supported by the accompanying Declaration of Mark C. Manning.

DATED this 19th day of April, 2006, at Anchorage, Alaska.

    s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066