IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| OURANIA, LLC, *et al.*, | ) ) | IN ADMIRALTY |
| Defendants. | ) ) ) | No. A-05- 047 Civil (JWS) |

**DECLARATION OF MARK C. MANNING**

Mark C. Manning states the following on oath:

1. I am counsel for Plaintiff in this action, and am familiar with the premises of this lawsuit. This declaration is offered in support of Plaintiff's Motion for Order Shortening Time to consider Plaintiff's Motion for Replacement of Substitute Custodian.

2. On Global's previous motion, Dennis McCusker was appointed Substitute Custodian. Mr. McCusker reports that he injured a leg on an unrelated vessel, and is no longer able to serve as custodian. He has recommended Tony Jones, who certainly appears qualified by lengthy vessel-related experience to substitute in for Mr. McCusker.

3. If the normal time for consideration of a motion were to be required in this matter, the factors warranting the original appointment of Mr. McCusker on motion for shortened time would be compromised.

4. Local Rule 7.2 (c) is addressed as follows:

(i) Shortened time is needed to minimize the risks that the vessel will depart from Kodiak and that equipment may be sold off it before it is arrested.

(ii) Global has endeavored unsuccessfully to resolve its claim on the debts by litigation against the vessel's owner *in personam*, against whom Global has obtained a default judgment.

(iii) As to the position of opposing counsel, there is none. The owner is not known to dispute the vessel is liable for the alleged debts. There is no apprent reason the owner woul dhave any

interest in the outcome of Global's motion to change custodians.

(iv) There are no specific dates of significance to the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 19, 2006.

                                                                 _____
                                                                 MARK C. MANNING