Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>  IN ADMIRALTY<br>)  No. A-06- 00076  CV  (TMB) |

**PRAECIPE TO CLERK**

  Upon the Court's order appointing Tony Jones to replace Dennis McCusker as substitute custodian, please deliver two certified copies of that custodial order to the U.S. Marshal for service.

  DATED at Anchorage, Alaska, this 19th day of April, 2006.

               s/ Mark C.  Manning
              MARK C. MANNING, P.C.
              431 West 7th Avenue, Ste. 204
              Anchorage, AK 99501
              Phone: (907) 278-9794
              Fax: (907) 278-1169
              manning@alaska.net
              ABA No. 8110066