IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>   IN ADMIRALTY<br>   No. A-06- 00076  CV  (TMB) |

**ORDER SHORTENING TIME FOR CONSIDERATION OF
PLAINTIFF'S MOTION FOR ORDER APPOINTING TONY JONES TO REPLACE
DENNIS MCCUSKER AS SUBSTITUTE CUSTODIAN**

Upon review of Plaintiff's Motion for Order Shortening Time for Consideration of Plaintiffs' Motion for Order Appointing Tony Jones to Replace Dennis McCusker as Substitute Custodian, and good cause appearing, it is hereby

ORDERED that Plaintiffs' Motion for Order Appointing Tony Jones to Replace Dennis McCusker as Substitute Custodian shall be considered on shortened time.

Dated at Anchorage, Alaska, April 20, 2006.


                                                      /s/ John D. Roberts
                                                      JOHN D. ROBERTS
                                                      U.S. Magistrate Judge