# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** Global Seafoods North America, LLC | **COURT CASE NUMBER** 3:06-CV-00076 TMB |
| **DEFENDANT** SABRINA C | **TYPE OF PROCESS** Arrest |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

MAY 1[?] 2006

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mark C. Manning
431 W 7th Ave, Ste 204
Anchorage, AK 99501

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Upon issuance of the in rem warrant of arrest by the court, please arrest the SABRINA C and serve the NOTICE TO CAPTAIN OR PERSON IN CHARGE + one copy of the Complaint, Warrant, Summons and Magistrate Option form on the Captain or person in charge of the vessel. If there is no such person, then leave these items on the vessel. Affix a copy of the process to the property in a conspicuous place.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 907-278-9794
DATE: 4/10/06

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service | Time ___ am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**

---

**PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)**



IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SABRINA C, official number 656519, her equipment, gear, furniture, apparel, fixtures, tackle, boats, machinery anchors and all appurtenances, in rem,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) IN ADMIRALTY<br>) No. 3-06-cv-00076-TMB-JDR |

## WARRANT FOR ARREST

TO THE U.S. MARSHAL: GREETING:

WHEREAS, a complaint has been filed against the defendant SABRINA C, official number 656519, upon admiralty and maritime claims for foreclosure of a preferred ship mortgage lien for the reasons and causes stated in the referenced complaint, and praying for process of warrant for the arrest of the said vessel and its machinery, tackle, apparel, furniture, gear, boats, anchors and equipment, and that all persons interested in the said vessel and its machinery, etc., may be cited to answer the premises and that the said vessel and its machinery, etc., may, for the causes in the complaint, be sold to pay the demands of the Plaintiff,

YOU ARE HEREBY COMMANDED to arrest the said vessel and its machinery, etc., and to detain the same in your custody until further order of the Court respecting the same and to give due notice to all persons claiming the same or having anything to say why the same should not be sold pursuant to the prayer of the complaint, that they must file their claims with the Clerk of this Court within ten days after the execution of this process or within such additional time as may be allowed by the Court, and must serve their answers within twenty (20) days after the filing of their claim.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return

promptly after execution thereof.

DATED this 14th day of April, 2006.

                                                            Ida Romack
                                                            CLERK OF COURT

                                          By: Dan Maur
                                                            DEPUTY CLERK

Global Seafoods v. Ourania, LLC
Case no. A-05-047 (JWS)