Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS ) <br> NORTH AMERICA, LLC, ) <br> ) <br>        Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> SABRINA C, official number 656519, ) <br> her equipment, gear, furniture, ) <br> apparel, fixtures, tackle, boats, machinery ) <br> anchors and all appurtenances, in rem, ) <br> ) <br>       Defendants. ) <br> ) | IN ADMIRALTY <br> No. A-06- 00076  CV  (TMB) |

**NOTICE CONCERNING SERVICE OF
WARRANT OF ARREST**

Plaintiff Global Seafoods wishes to advise the court that a schedule for payment of the debt sued on *in personam* and *in rem* in this action has been negotiated.  The schedule calls for monthly payments through October.  If the schedule is kept, the *in personam* judgment will be satisfied, and the need for arrest of the *in rem* defendant avoided.  Global wishes to hold service of *in rem* process in abeyance pending developments.  If the payment schedule is fully performed, Global expects to file a satisfaction of the *in personam*  judgment and a dismissal of the *in rem* claim in November.

.   DATED at Anchorage, Alaska, this 6th day of June, 2006.

       s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066