Mark C. Manning
Mark C. Manning, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS ) <br> NORTH AMERICA, LLC, ) <br> ) <br>          Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> SABRINA C, official number 656519, ) <br> her equipment, gear, furniture, ) <br> apparel, fixtures, tackle, boats, machinery ) <br> anchors and all appurtenances, in rem, ) <br> ) <br>          Defendants. ) <br> ) | <br><br><br><br><br><br><br><br><br><br><br><br>IN ADMIRALTY <br> No. A-06- 00076  CV  (TMB) |

**CORRECTED NOTICE CONCERNING SERVICE OF WARRANT OF ARREST**

      Plaintiff Global Seafoods wishes to advise the court that a schedule for payment of the debts secured by the necessaries liens sued on in this action has been negotiated.  The schedule calls for monthly payments through October. If the schedule is kept, the *in personam* judgment in a related case will be satisfied, and the need for arrest of the *in rem* defendant avoided.  Global wishes to hold service of *in rem* process in this case in abeyance pending developments.  If the payment schedule is fully performed, Global expects to file a satisfaction of the *in personam* judgment and a dismissal of the *in rem* claim in November..

      DATED at Anchorage, Alaska, this 6th day of June, 2006.

 s/ Mark C.  Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066