## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  GLOBAL SEAFOODS NORTH AMERICA LLC     v.     SABRINA C 

THE HONORABLE TIMOTHY M. BURGESS

D%%%% C%%%%                                       CASE NO.   3:06-cv-00076-TMB 

 Patty Demeter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: June 8, 2006

    It has come to the attention of the court by communication from one or more of the parties that this case may have been settled.  If a settlement has been reached, counsel will please submit appropriate closing papers on or before November 6, 2006, in the alternative, counsel for plaintiff shall, on or before November 6, 2006, report the status of the case to the court.

    If the court receives neither appropriate closing papers nor a report on or before November 6, 2006, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

    The trial date, if any trial date has been set, is hereby vacated, and all pending motions are denied as moot with leave to renew if the case is not dismissed.

[306cv076 TMB IL2.wpd]{IL2.WPD*Rev.12/96}